UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY DANIEL KIRRY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRACEY SCHNEIDER,<br><br>　　　　　　Defendants. | CASE NO. C14-5162 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)　The Court adopts the Report and Recommendation.

(2)　Defendants' motion to dismiss (Dkt. 11) is **GRANTED;** Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

(3)　The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 1st day of July, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1